## Roman Koppert, Appellee, v. City of Chicago, Appellant.

Gen. No. 41,257.

opinion filed December 23, 1940. Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa, L. Louis Karton and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Francis J. Gariepy, for appellee; Charles E. Mallon, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."